# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| DARRYL DUNSMORE, et al., | CASE NO. 14cv508-LAB (JMA) |
|---|---|
| Plaintiffs, vs. | **ORDER DENYING AMENDED MOTION FOR COPIES OF THE RECORD** |
| PARAMO, Warden, et al., | |
| Defendants. | |

Plaintiff Darryl Dunsmore, a prisoner in state custody, filed his complaint on March 5, 2014, along with three motions, including one motion to proceed *in forma pauperis*. The following month, he was denied leave to proceed *in forma pauperis* and his complaint was dismissed. Since that time, Dunsmore has pursued a number of unsuccessful motions and appeals.

Dunsmore filed a motion, styled "Motion for the Record," requesting that he be sent a copy of every document filed in the docket, without charge. He identified no provision in federal law, nor was the Court aware of one, that entitled him to free copies of all documents in the record under these circumstances. The only reason he gave for his request is that he was pursuing a civil rights action in state court and had been awarded a fee waiver there. The Court denied that motion.

/ / /

Dunsmore has now filed an amended motion saying essentially the same thing his original motion said. The amended motion argues that he really needs the documents so he can win his case in state court. It chides the Court for, in his opinion, wrongly dismissing his complaint. And it attaches some documents showing that he is not required to pay certain fees in connection with his state court case. Those documents do not purport to entitle him to free documents from this Court.

As before, Dunsmore does not explain why he is entitled to free copies of every document in the docket, and the Court is unaware of any provision of law entitling him to them. *See* 28 U.S.C. § 753(f) (providing that, in circumstances not present here, an indigent party may be entitled to transcripts free of charge); *Dunsmore v. Beard*, 2014 WL 7205659, *3–4 (S.D. Cal., Dec. 17, 2014) (denying Dunsmore free copies of lodgments and transcripts).  This is particularly true here, where Dunsmore was not proceeding *in forma pauperis*, and where he already received a free copy of all orders issued during the course of litigation. Furthermore, Dunsmore's case was dismissed on April 23, 2014, and the activity since then has consisted of Dunsmore's own frivolous requests and untimely appeals. It is completely unclear how any of these would be helpful, much less necessary in litigating his state court civil rights action.

The motion is **DENIED**.

**IT IS SO ORDERED**.

DATED:  November 18, 2015

*Larry A. Burns*

**HONORABLE LARRY ALAN BURNS**
United States District Judge