# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL DUNSMORE, et al.,<br><br>                              Plaintiff,<br>vs.<br>PARAMO, Warden, et al.,<br><br>                              Defendant. | CASE NO. 14cv508-LAB (JMA)<br><br>**ORDER DENYING MOTION FOR RELIEF FROM JUDGMENT** |

Plaintiff Darryl Dunsmore, a prisoner in state custody, filed his complaint on March 5, 2014, along with three motions, including one motion to proceed *in forma pauperis*. The following month, he was denied leave to proceed *in forma pauperis* and his complaint was dismissed. Since that time, Dunsmore has pursued a number of unsuccessful motions and appeals.

Dunsmore filed a motion, styled "Motion for the Record," requesting that he be sent a copy of every document filed in the docket, without charge. He identified no provision in federal law, nor was the Court aware of one, that entitled him to free copies of all documents in the record under these circumstances. The only reason he gave for his request is that he was pursuing a civil rights action in state court and had been awarded a fee waiver there. The Court denied that motion.

/ / /

Dunsmore filed an amended motion saying essentially the same thing, but adding that he needs the documents so he can win his case in state court. It chided the Court for, in his opinion, wrongly dismissing his complaint. And it attached some documents showing that he is not required to pay certain fees in connection with his state court case. Those documents do not purport to entitle him to free documents from this Court.

Dunsmore has now filed a motion for reconsideration. He begins by complaining at length that his claims in state court are meritorious and he is being denied justice. He then argues that the Court misunderstood his two earlier motions, and that what he is actually requesting is that the Court will send him copies of all the requested documents and charge his prison trust account for them. He claims the state court's fee waiver somehow authorizes this arrangement. It does not. The fee waiver does not purport to authorize, much less require, the kind of arrangement Dunsmore is asking for. Furthermore, even if the state court's order did purport to require this Court to grant Dunsmore's request, in the absence of explicit congressional authorization, it could not regulate this Court. *See Hancock v. Train*, 426 U.S. 167, 167 (1964) (citation omitted) ("[T]he activities of the Federal Government are free from regulation by any state."). The financial arrangement Dunsmore asks for is not feasible, and the Court therefore will not order it. Furthermore, it is unnecessary, because Dunsmore can obtain the documents he seeks without an order from this Court.

The way for Dunsmore to obtain copies is for Dunsmore (or someone acting on his behalf) to either order them from the Court's records department, or obtain them through PACER.[1] The Court's records department has estimated the cost of all the records Dunsmore requests at $296.00. He may send his check, made out to the Clerk of Court, directly to the records department, Office of the Clerk, U.S. District Court for the Southern District of California, 333 West Broadway Suite 420, San Diego, CA 92101.

Any further questions or correspondence on this matter should be directed to the records department, not to the Court itself, and should not be the subject of a motion.

---

[1] The PACER web address is https://www.pacer.gov/ and those with PACER accounts can obtain copies of docketed materials directly there. No court order is needed.

The Clerk is directed to send a copy of this order, and a copy of the docket printout[2] to Dunsmore. If he wishes to request only some of the documents in the docket, he should direct that request to the records department in the Clerk's office.

The motion is **DENIED**.

**IT IS SO ORDERED**.

DATED: November 30, 2015

*[signature: Larry A. Burns]*

**HONORABLE LARRY ALAN BURNS**
United States District Judge

---

[2] The docket printout merely lists items filed in the docket, and is several pages long. The Clerk is <u>not</u> being directed to send Dunsmore copies of any documents filed in the docket, except for this order.